1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10 TERRY W. TOWNLEY,
11         Plaintiff,                    No. CIV S-11-3388 EFB P
12    vs.
13 K. SANTORO, Associate Warden,
14         Defendant.                    <u>ORDER</u>
15 _____/
16      Plaintiff is a state prisoner proceeding without counsel in a civil action. Plaintiff's
17 allegations concern events that took place in Kings County, California. Kings County is in the
18 Fresno Division of this court and the action should have been commenced there. *See* Local Rule
19 120(d).
20      Accordingly, it is hereby orderd that:
21      1. This action is transferred to the Fresno Division.
22      2. The Clerk of Court shall assign a new case number.
23 ////
24 ////
25 ////
26 ////

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: January 3, 2012.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2